SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Denise Campaz, et al<br><br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-03119-JAM-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ROMELIA LILLIAN CASTRO AND ORDER**<br><br>Complaint Filed:  DECEMBER 23, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

　　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Romelia Lillian Castro) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2).  This case is to remain open with remaining Defendants.  Defendant (Romelia Lillian Castro) is dismissed because this Defendant is deceased.

Dated: February 3, 2009　　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated:   February 3, 2009                         /s/ John A. Mendez
                                                                U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com