SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>  Plaintiff,<br><br>  vs.<br><br>Denise Campaz, et al,<br><br><br><br>  Defendants | Case No.: CIV.S 08-cv-03119-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DENISE CAMPAZ AND ORDER**<br><br>Complaint Filed: DECEMBER 23, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Denise Campaz) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Denise Campaz) is dismissed because this Defendant no longer operates the business.

Dated: April 7, 2009            /s/Scott N. Johnson
                                             SCOTT N. JOHNSON
                                             Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: April 9, 2009

/s/ John A. Mendez
U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com