IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,               No. CIV S-08-3119 JAM GGH PS

    vs.

DENISE CAMPAZ, et al.,

    Defendants.          ORDER

_____/

        On April 9, 2009, defendant Bonillas filed a notice of substitution of counsel. As all defendants are no longer appearing pro se, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: April 22, 2009

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

ggh:076
John3119.reassign.wpd

1